THE NEW YORK SOCIETY FOR THE SUPPRESSION OF VICE, Respondent, v. MACFADDEN PUBLICATIONS, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY A. REILLY, Respondent, v. AMERICAN MEAT & SUPPLY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MOREY A. WOOD and Another, Appellants, v. THE WESTERN UNION TELEGRAPH COMPANY, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MARY W. RABORG, Respondent, v. FRANCES L. GLOVER, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANK VUKOVICH, Respondent, v. KATE VUKOVICH, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL J. LUBACK, Appellant, v. THERESA BIGALL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Dowling, P. J., and Merrell, J., dissent.

THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CLEANTHES VASSARDAKIS and COMITE CENTRAL HELLENES IRREDIMES ET REFUGIES, Respondents, v. THE ENOSSIS PUBLISHING COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion of defendant for judgment dismissing the complaint and for judgment on the pleadings, and to vacate notice of examination dated April 27, 1927, granted, with ten dollars costs, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs, upon the ground that neither of the plaintiffs alleges any contribution to the fund or any interest therein, and that there is nothing alleged in the complaint upon which either plaintiff can predicate a right to an accounting. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DAVID KAPLAN, Respondent, v. ADA C. SMITH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

IRVINGTON VARNISH AND INSULATOR COMPANY, Respondent, v. CORNELL ELECTRIC MANUFACTURING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.